

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>Eduardo ALVES-Prudencio,<br><br>Defendant. | Magistrate Docket No. '21 MJ03382<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br>Title 18 U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony)<br><br>Title 8, USC 1325(a)(1) Improper Attempted Entry by an Alien (Misdemeanor) |

The undersigned complainant being, duly sworn, states:

### COUNT ONE

On or about August 15, 2021, within the Southern District of California, defendant Eduardo ALVES-Prudencio, did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and BorderProtection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties, such acts involving physical contact with the Officer; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

## COUNT TWO

On or about August 15, 2021, within the Southern District of California, defendant, Eduardo ALVES-Prudencio, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON AUGUST 16, 2021.

_____
HON. KAREN S. CRAWFORD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Eduardo ALVES-Prudencio

### PROBABLE CAUSE STATEMENT

On August 15, 2021, Border Patrol Agent S. Torres was performing his assigned duties in the El Cajon Border Patrol Station's area of responsibility. At approximately 3:41 AM, Border Patrol Agent D. Oakley, who was operating an Automated Surveillance Tower (ATS), observed a large group of individuals making their way north into the United States at a location known to Border Patrol agents as "The Train Tunnel." Agent Torres responded to the area and waited for the group of individuals on the north side of "The Train Tunnel." When the group arrived at his location, Agent Torres identified himself as a Border Patrol Agent and ordered the group of individuals to sit down. The individuals did not comply with Agent Torres' commands and continued to travel north. Agent Torres ran after the individuals, ordered them to stop, and identified himself as a Border Patrol Agent once again. At this time, one individual, later identified as defendant Eduardo ALVES-Prudencio, yelled "No" and pushed past Agent Torres. Agent Torres attempted to set ALVES down on the ground by grabbing his arm. ALVES escaped Agent Torres' grip, turned around and swung his right arm with a closed fist, striking Agent Torres in the mouth. ALVES continued to run from Agent Torres for approximately 200 yards before Agent Torres was able to catch up and gain control of ALVES. This area is approximately five and a half miles east of the Tecate, California Port of Entry and 300 yards north of the United States/Mexico International Boundary. At approximately 3:44 AM, Agent Torres placed ALVES under arrest.